IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JAMES B. MORRIS,

                                                    No. CV 07-1378-PK
                    Plaintiff,

                                                    OPINION AND ORDER

        v.

RAVESIM, INC., a Delaware Corporation,

                    Defendant.


**MOSMAN, J.,**

        On March 26, 2008, Magistrate Judge Papak issued Findings and Recommendation
("F&R") (#43) in the above-captioned case recommending that both Plaintiff's Motion for
Summary Judgment (#14) and Defendant's Motion for Summary Judgment (#17) be DENIED.
Defendant filed Objections to the F&R, Plaintiff filed a Response to those Objections, and
Defendant filed a Reply to the Plaintiff's Response.

        The magistrate judge makes only recommendations to the court, to which any party may
file written objections.  The court is not bound by the recommendations of the magistrate judge,
but retains responsibility for making the final determination.  The court is generally required to
make a *de novo* determination of those portions of the report or specified findings or
recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the
court is not required to review, under a *de novo* or any other standard, the factual or legal
conclusions of the magistrate judge as to those portions of the F&R to which no objections are

PAGE 1 - OPINION AND ORDER

addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328

F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review

the F&R depends on whether or not objections have been filed, in either case, I am free to accept,

reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

 Upon review, I agree with Judge Papak's recommendation, and I ADOPT the F&R as my

own opinion.

IT IS SO ORDERED.


DATED this  _25th_  day of June, 2008.



    /s/ Michael W. Mosman   
    MICHAEL W. MOSMAN
    United States District Court


PAGE 2 - OPINION AND ORDER